WILLIAM P. M. VAN IDERSTINE, Respondent, v. DOLNAR HOLDING CORPORATION and Others, Appellants. Impleaded with Others, Defendants.— Order striking out the amended answer and the counterclaim of defendants Arnold, the amended

answer of Dolnar Holding Corporation, and directing summary judgment for plaintiff affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Hagarty, Tompkins and Davis, JJ., concur.